UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 16-CV-80170-MARRA/MATTHEWMAN

HARBOURSIDE PLACE, LLC, a
Florida limited liability company,

    Plaintiff,

v.

TOWN OF JUPITER, FLORIDA, a Florida municipal corporation, JUPITER COMMUNITY REDEVELOPMENT AGENCY, a dependent special district of the Town of Jupiter, Florida,

    Defendants.

_____/

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

Plaintiff, Harbourside Place, LLC ("Harbourside"), by and through its undersigned counsel, requests a prompt status conference before the Court to address the following issues:

1. Timing of disposition of Plaintiff's Agreed Motion for Extension of Deadline to Complete Fact and Expert Discovery, and Other Pretrial Deadlines [ECF No. 158] dated November 18, 2016;

2. Timing of disposition of Plaintiff's Motion for Relief from Deadline to Provide Expert Report, or Motion for Extension of Time [ECF No. 88] dated September 2, 2016, and response thereto [ECF No. 146] dated September 15, 2016;

3. Timing of disposition of Defendants' Motion for Extension of Time to Provide Responsive Expert Report [ECF No. 156] dated October 3, 2016, and response thereto [ECF No. 157] dated October 4, 2016;

4. The expected effect of this Court's pending ruling on Plaintiff's Second Amended and Supplemented Motion for Temporary Injunction [ECF No. 44] on any of the other motions now pending, and the efficacy of briefing dispositive motions at this juncture;

5. A revised case management schedule to permit the completion of discovery that was not conducted in preparation for the temporary injunction hearing (as one example, discovery relating to CRA contract issues), following which the parties may pursue dispositive motions and responsive memoranda in a fulsome manner;

6. The expected progress of this action, including ways to proceed to final judgment efficiently while minimizing judicial labor and expense to the parties.

BERGER SINGERMAN LLP
Attorneys for Plaintiff
One Town Center Road, Suite 301
Boca Raton, FL 33486
Telephone:  561-241-9500
Facsimile:   561-998-0028

By:  /s/ Anthony J. Carriuolo_____
Mitchell W. Berger
Florida Bar No. 311340
mberger@bergersingerman.com
Anthony J. Carriuolo
Florida Bar No. 434541
acarriuolo@bergersingerman.com
Paul S. Figg
Florida Bar No. 736619
pfigg@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on Lyman H. Reynolds, Jr., Esq., ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC, Attorneys for Defendants, 470 Columbia Drive, Bldg. C101, West Palm Beach, FL 33409, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Anthony J. Carriuolo  
Anthony J. Carriuolo  
Florida Bar No. 434541

7594281-1