UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-80170-KAM

HARBOURSIDE PLACE, LLC, a Florida limited liability company,

Plaintiff,

vs.

TOWN OF JUPITER, a Florida municipal corporation, et al.,

Defendants.
_____________________________________/

**ORDER**

This matter is before the Court *sua sponte*. This action is calendared for trial on May 30, 2017 at 9:00 AM. Plaintiff's Motion for Preliminary Injunction (DE 44) is presently under the Court's consideration. Additional Motions to Dismiss (DE 69) and for Summary Judgment (DE 161, 162) are pending, and not yet ripe. As Plaintiff noted in seeking an extension of the deadline to respond to Defendants' Dispositive Motions (DE 165), the arguments presented in Plaintiff's response are dependant upon the Court's decision on Plaintiff's Motion for Preliminary Injunction (DE 44).

Accordingly, the Court hereby **REMOVES** this action from the trial docket pending disposition on Plaintiff's Motion for Preliminary Injunction (DE 44). Upon disposition of Plaintiff's Motion for Preliminary Injunction (DE 44), the Court will reschedule trial in this action. Parties are directed to submit a revised joint scheduling report within seven days of the Court's disposition of Plaintiff's Motion for Preliminary Injunction (DE 44).

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of April, 2017.

KENNETH A. MARRA
United States District Judge