UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-CV-80170-KAM

HARBOURSIDE PLACE, LLC, a Florida limited liability company,

      Plaintiff,

v.

TOWN OF JUPITER, a Florida municipal corporation, and JUPITER COMMUNITY REDEVELOPMENT AGENCY, a dependent special district of the Town of Jupiter, Florida

      Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, HARBOURSIDE PLACE, LLC, appeals to the United States Court of Appeals for the Eleventh Circuit, the Order Denying Plaintiff's Motion for a Preliminary Injunction dated May 10, 2018 [DE 173], entered by the Honorable Kenneth A. Marra.  The nature of the order is an interlocutory order refusing an injunction appealable as of right pursuant to 28 U.S.C. § 1292(a).

BERGER SINGERMAN

1450 BRICKELL AVENUE | SUITE 1900 | MIAMI, FLORIDA 33131-3453
*t:* 305-755-9500 | *f:* 305-714-4340 | WWW.BERGERSINGERMAN.COM

BERGER SINGERMAN LLP
Attorneys for Plaintiff
One Town Center Road, Suite 301
Boca Raton, FL 33486
Phone: 561-241-9500; Fax: 561-998-0028

By: */s/ Paul S. Figg*
  Mitchell W. Berger
  Florida Bar No. 311340
  mberger@bergersingerman.com
  Anthony J. Carriuolo
  Florida Bar No. 434541
  acarriuolo@bergersingerman.com
  Paul S. Figg
  Florida Bar No. 736619
  pfigg@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on Lyman H. Reynolds, Jr., Esq., ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC, Attorneys for Defendants, 470 Columbia Drive, Bldg. C101, West Palm Beach, FL 33409, via transmission of Notices of Electronic Filing generated by CM/ECF.


By: */s/ Paul S. Figg*
  Paul S. Figg
  Florida Bar No. 736619

2

BERGER SINGERMAN

1450 Brickell Avenue | Suite 1900 | Miami, Florida 33131-3453
*t:* 305-755-9500 | *f:* 305-714-4340 | WWW.BERGERSINGERMAN.COM