UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80170-CV-MARRA

HARBOURSIDE PLACE, LLC, a
Florida limited liability company,

                Plaintiff,

vs.

TOWN OF JUPITER, FLORIDA, a Florida
municipal corporation, JUPITER COMMUNITY
REDEVELOPMENT AGENCY, a
dependent special district of the Town
of Jupiter, Florida

                Defendant.
_____/

## ORDER ON MOTION FOR RECONSIDERATION

THIS CAUSE is before the Court upon Plaintiff's Motion for Reconsideration [DE 174]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED.

DONE and ORDERED in West Palm Beach, Florida, this 30th day of July, 2018.

                                          KENNETH A. MARRA
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:

       All counsel